```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA          :
                                  :
        - v -                     :
                                  :       22 Cr. 707 (KHP)
**LUCA TRIPPITELLI,**             :
        Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of the defendant Luca Trippitelli, Federal Register Number 77583-509, by his counsel, Amy Gallicchio, Esq., Staff Attorney with the Federal Defenders of New York, and good cause having been demonstrated, it is hereby

**RECOMMENDED** that the Bureau of Prisons re-designate Luca Trippitelli to the minimum-security satellite camp that is adjacent to Petersburg Federal Correctional Complex (FCC) – FCI Petersburg Low in the Eastern District of Virginia or, if space is not available there, to the minimum-security camp that is adjacent to USP Lee in the Western District of Virgina. Mr. Trippitelli is currently designated to FCI Allenwood Low.

In order to promote both family visitation and advance the rehabilitative goals of sentencing, the Court recommends that the Bureau of Prisons re-designate Luca Trippitelli to a minimum-security camp as noted above.

Dated:   New York, New York
         June 28, 2023

                    **SO RECOMMENDED:**

                    _Katharine H. Parker_
                    _____
                    HONORABLE KATHARINE H. PARKER
                    UNITED STATES MAGISTRATE JUDGE